**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CHRISTINA L. STRICKLAND individually, and on behalf of all others similarly situated,

Plaintiff,

v.

NAVIENT SOLUTIONS, LLC and JOHN DOES 1-10,

Defendants.

Case No. 0:24-cv-61338-MD

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that CHRISTINA L. STRICKLAND ("Plaintiff") and NAVIENT SOLUTIONS, LLC ("Defendant") have reached a settlement. The Parties will need 45 days to consummate the settlement and respectfully request that the Court stay all proceedings and strike all pending deadlines.

Dated: October 5, 2024

Respectfully submitted,

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 Ext 180
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, a true and correct copy of the above and foregoing was served by email on those parties receiving electronic notice through the Court's CM/ECF system.

*/ s/ Alexander J. Taylor*