**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-cv-61338-DAMIAN**

**CHRISTINA L. STRICKLAND**,
*individually, and on behalf of all others similarly situated*,

Plaintiff,

v.

**NAVIENT SOLUTIONS, LLC**, *et al.*,

Defendants.
_________________________________/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff, Christina L. Strickland's, Notice of Settlement, filed on October 5, 2024 [ECF No. 11 (the "Notice")], indicating the parties have reached an agreement in principle to resolve all issues in this matter. The Court having reviewed the Notice, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **forty-five (45) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 8th day of October, 2024.

_________________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**