**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-61338-DAMIAN**

**CHRISTINA L. STRICKLAND**,
*individually, and on behalf of all others similarly situated*,

Plaintiff,

v.

**NAVIENT SOLUTIONS, LLC**, *et al.*,

Defendants.
_________________________________/

## ORDER ON JOINT STIPULATION OF DISMISSAL

**THIS CAUSE** came before the Court upon the Parties' Joint Stipulation of Dismissal, filed December 18, 2024 [ECF No. 15] (the "Stipulation"). Rule 41(a)(1)(A)(ii) provides that the parties may dismiss an action voluntarily upon the filing of a stipulation of dismissal signed by all parties who have appeared. Here, the stipulation is signed by all parties who have appeared and specifies that the dismissal is with prejudice as to the claims of named Plaintiff, Christina Strickland, and is without prejudice as to putative class members or class claims.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to the claims of Plaintiff Christina Strickland pursuant to the parties' Stipulation.

It is further

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** as to the claims on behalf of putative class members.[1]

The Clerk of Court is directed to **CLOSE** this case, and any pending Motions shall be **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 19th day of December, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

[1] This Order shall have no effect on the putative class described in the Complaint because the Court never certified any class.